4514 78
279847

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---

In re:
NICOLETTA ANNA CAMODECA

Debtor(s).

Case No. 17-50815-JAM-13

(CHAPTER 13)

---

## REPORT OF SMALL/UNCLAIMED DIVIDENDS

The undersigned trustee reports:

The dividend(s) payable to the creditor(s) listed in Exhibit A hereto is (are) in an amount less than that Specified in Bankruptcy Rule 3010.

More than ninety (90) days have passed since the final distribution. I have made a reasonable effort to locate those creditors who did not cash their checks within 90 days or whose checks were returned undeliverable. The dividend(s) payable to the creditor(s) listed in Exhibit A hereto remain unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and 11 U.S.C. §347(a), the undersigned trustee remits herewith a check in the total amount shown on Exhibit A for deposit into the United States Treasury, pursuant to chapter 129 of title 28.

DATED: October 6, 2018

/s/ *Roberta Napolitano, Trustee*
Roberta Napolitano, Trustee tr08378
Chapter 13 Standing Trustee
(860) 278-9410 tele
(860) 527-6185 fax
e-mail: rnapolitano@ch13rn.com

FILED
2018 OCT 11  P 12:46
CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD

## EXHIBIT A

Case Name:   NICOLETTA ANNA CAMODECA
Case Number: 1750815

| Creditor Name and Address | Claim Number | Distrib. Amount | Small Dividend | Unclaimed Dividend |
|---|---|---|---|---|
| NICOLETTA ANNA CAMODECA<br>357 WEST 11TH STREET, APT. 2B<br>NEW YORK, NY 10014 | 999 | | | $4,514.78 |

*Rec # 279847*